# BRAFF, HARRIS, SUKONECK & MALOOF
## COUNSELLORS AT LAW

**Keith Harris**

570 W. MT. PLEASANT AVENUE - SUITE 200
LIVINGSTON, NEW JERSEY 07039-0657
(973) 994-6677
Facsimile (973) 994-1296

New York, New York 10007
(212) 599-2085
Facsimile (212) 822-1479

Writer's
e-mail address
kharris@bhsm-law.com

May 16, 2017

**Via Filed Electronically**
Hon. Tonianne J. Bongiovanni
United States District Court, District of New Jersey Trenton
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6052
402 E. State Street
Trenton, NJ 08608

> Re: **The Independence Project, Inc., a New Jersey Non Profit Corporation and Ronald Moore v. Gibson Place Lodging Realty, LLC, a New Jersey Limited Liability Company**
> **Docket No.: 3:17-cv-01053**
> **Our File No.: 20.21275**

Dear Judge Bongiovanni:

With regard to the above matter and pursuant to my recent conversation with Chambers, enclosed please find the amended proposed Order dismissing the action against Gibson Place Lodging Realty, LLC.

Thank you for the Court's time and attention to this matter.

Respectfully yours,

BRAFF, HARRIS, SUKONECK & MALOOF

KEITH HARRIS
A Member of the Firm

KH:kam
Enclosure
cc: Jo Ann Katzban, Esquire
John P. Fuller, Esquire, *pro hac vice pending*