Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 West Mount Pleasant Avenue
Livingston, NJ 07039
Tel: (973) 994-6677
Fax: (973) 994-1296

John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually, <br><br> Plaintiffs, <br> vs. <br><br> GIBSON PLACE LODGING REALTY, LLC, a New Jersey Corporation; GPLR, LLC, a New Jersey Limited Liability Company, <br><br> Defendant. | Case No.: 3:17-cv-01053-MAS-TJB |

## ORDER DISMISSING CASE BETWEEN PLAINTIFF, THE INDEPENDENCE PROJECT, INC. AND RONALD MOORE AND DEFENDANT GIBSON PLACE LODGING REALTY, LLC

**THIS CAUSE** came before this Court on the Notice of Voluntary Dismissal filed by the Plaintiffs, **THE INDEPENDENCE PROJECT, INC.**, a New Jersey Non Profit Corporation, and **RONALD MOORE, Individually** against Defendant, **GIBSON PLACE LODGING**

REALTY, LLC, a New Jersey Corporation. After reviewing the Plaintiffs' Notice of Voluntary Dismissal and being otherwise advised in the premises, it is otherwise

ORDERED and ADJUDGED

1. That Defendant, GIBSON PLACE LODGING REALTY, LLC, a New Jersey Corporation, is dismissed from this action without prejudice, pursuant to Plaintiffs' Notice of Voluntary Dismissal.

2. The subject action continues between the Plaintiffs, THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually and Defendant, GPLR, LLC, a New Jersey Limited Liability Company.

**DONE AND ORDERED** in chambers this 22nd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record